1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CHRISTOPHER MICHEL ELVERS,            Case No. 2:21-cv-00189-JDP (PC)

12                Plaintiff,               ORDER TO SHOW CAUSE WHY THIS
                                           CASE SHOULD NOT BE DISMISSED FOR
13          v.                             FAILURE TO PROSECUTE AND FAILURE
                                           TO COMPLY WITH COURT ORDERS
14   SHASTA COUNTY SHERIFF, *et al*.
                                           RESPONSE DUE WITHIN TWENTY-ONE
15                Defendants.              DAYS

16

17

18          On February 12, 2021, plaintiff was ordered to submit, within thirty days, either the $402

19   filing fee or an application for leave to proceed *in forma pauperis* together with his inmate trust

20   account statement.  ECF No. 4.  To date, plaintiff has neither payed the required filing fee nor

21   submitted an application to proceed *in forma pauperis*.

22          To manage its docket effectively, the court imposes deadlines on litigants and requires

23   litigants to meet those deadlines.  The court may dismiss a case for plaintiff's failure to prosecute

24   or failure to comply with its orders or local rules.  *See* Fed. R. Civ. P. 41(b); *Hells Canyon Pres.*

25   *Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439,

26   1440-41 (9th Cir. 1988).  Involuntary dismissal is a harsh penalty, but a district court has a duty to

27   administer justice expeditiously and avoid needless burden for the parties.  *See Pagtalunan v.*

28   *Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

1

1        Plaintiff will be given a chance to explain why the court should not dismiss the case for

2   his failure to either pay the filing fee or submit an application for leave to proceed *in forma*

3   *pauperis*.  Plaintiff's failure to respond to this order will constitute another failure to comply with

4   a court order and will result in a recommendation that this action be dismissed.  Accordingly,

5   plaintiff is ordered to show cause within twenty-one days why this case should not be dismissed

6   for failure to prosecute and failure to comply with court orders.  Should plaintiff wish to continue

7   with this action, he shall, within twenty-one days, either pay the $402 filing fee or submit a

8   complete application for leave to proceed *in forma pauperis*.  Any application to proceed *in forma*

9   *pauperis* must be accompanied by a certified copy of plaintiff's inmate trust account statement for

10  the six-month period immediately preceding the filing of the complaint.  *See* 28 U.S.C.

11  § 1915(a)(2).  The Clerk of Court is directed to send to plaintiff the court's form application for

12  leave to proceed *in forma pauperis*.

13
14  IT IS SO ORDERED.

15
16  Dated:   __April 22, 2021__                              _____

17                                                JEREMY D. PETERSON

                                              UNITED STATES MAGISTRATE JUDGE

18
19
20
21
22
23
24
25
26
27
28