UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MICHEL ELVERS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHASTA COUNTY SHERIFF, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:21-cv-00189-JDP (PC)<br><br>FINDINGS AND RECOMMENDATIONS THAT THIS ACTION BE DISMISSED FOR FAILURE TO PAY THE FILING FEE<br><br>OBJECTIONS DUE WITHIN FOURTEEN DAYS |

On February 12, 2021, I ordered plaintiff to submit, within thirty days, either the $402 filing fee or an application to proceed *in forma pauperis*. ECF No. 4. Plaintiff failed to respond to that order. Accordingly, on April 23, 2021, I ordered him to show cause within twenty-one days why this case should not be dismissed for failure to prosecute and failure to comply with court orders. ECF No. 6. I warned plaintiff that failure to respond to the order would result in a recommendation that this action be dismissed without prejudice. *Id.* To date, plaintiff has neither submitted the required filing fee nor otherwise responded to the April 23, 2021 order.

Accordingly, it is hereby ORDERED that the Clerk of Court shall randomly assign a United States District Judge to this case. Further, it is RECOMMENDED that this action be dismissed without prejudice for failure to pay the $402 filing fee.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days

after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998).

IT IS SO ORDERED.

Dated:    July 21, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2